DONALD W. LOVETT v. ATLAS TRUCK LEASING

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*L. Paul Sullivan,* for the appellee (plaintiff).

*Howard B. Field III,* for the appellant (defendant).

Argued February 4—decided February 4, 1976

R. WOODROW SCOTT ET AL. v. ZONING COMMISSION
OF THE TOWN OF EAST LYME

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New London County is denied.

*Richard T. O'Connell,* in support of the petition.

Submitted January 27—decided February 4, 1976

ENRIQUE GUEVARA v. ADMINISTRATOR, UNEMPLOYMENT
COMPENSATION ACT

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Whitney M. Lewendon,* for the appellee (plaintiff).

*Leonard M. Caine,* assistant attorney general, for the appellant (defendant).

Argued February 10—decided February 10, 1976

HARRY E. FRUITRICH ET AL. v. JOSEPH J. BONITATI
ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in Fairfield County is dismissed.

No appearance for either party.

Decided February 10, 1976